JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TEXTILE 26 CORP., a California Corporation;<br><br>Plaintiff,<br><br>vs.<br><br>BALDWIN SUN, INC, a California Corporation; BURLINGTON STORES, INC., a New Jersey Corporation; and DOES 1 through 10, inclusive<br><br>Defendants. | Case No: 2:16-cv-5783-AB-FFM<br><br>**[~~PROPOSED~~] ORDER RE STIPULATION FOR DISMISSAL PURSUANT TO FRCP 41(a)(1)(A)(ii)**<br><br>*Honorable André Birotte Jr.* |

The parties having so stipulated and agreed, the above-referenced case is hereby dismissed with prejudice and without an award of costs or fees to any party. Each party shall bear their own costs and attorney fees.

IT IS SO ORDERED.

Dated: November 02, 2017

_____
The Honorable André Birotte Jr.
United Stated District Judge

**1**
**ORDER**